**Gary H. BRUSH, Plaintiff–Appellant,**

v.

**Peter FARBER–SZEKRENYI, et al., Defendants–Appellees.**

No. 11–17818.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 13, 2012.*

Filed Nov. 20, 2012.

Gary H. Brush, Soledad, CA, pro se.

* The panel unanimously concludes this case is suitable for decision without oral argument.

*See* Fed. R.App. P. 34(a)(2).

Jaime Ganson, Deputy Attorney General, Megan R. O'Carroll, AGCA–Office of the California Attorney General, Sacramento, CA, for Defendants–Appellees.

Before: CANBY, TROTT, and W. FLETCHER, Circuit Judges.

### MEMORANDUM ***

Gary H. Brush, a California state prisoner, appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging excessive force and denial of medical care in violation of the Eighth Amendment. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion a dismissal as a sanction, *Sneller v. City of Bainbridge Island,* 606 F.3d 636, 638 (9th Cir.2010), and we affirm.

The district court did not abuse its discretion by dismissing Brush's action as a sanction after reviewing the evidence before it and concluding that Brush submitted fraudulent affidavits concerning alleged violations of his Eighth Amendment rights. *See Truesdell v. S. Cal. Permanente Med. Grp.,* 293 F.3d 1146, 1153 (9th Cir.2002) (Fed.R.Civ.P. 11 allows sanctions if a filing is either legally frivolous or factually misleading); *Anheuser–Busch, Inc. v. Natural Beverage Distribs.,* 69 F.3d 337, 348 (9th Cir.1995) (a district court may exercise its inherent power to dismiss an action as a sanction when a party willfully deceives the court).

**AFFIRMED.**

---

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).